THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* JULIUS W. BURLEIGH, *Appellant.*— Judgment and conviction affirmed. Opinion by BOOKES, J.